# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00438-CR

**David Cepeda Jones, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BEXAR COUNTY, 226TH JUDICIAL DISTRICT
## NO. 1994-CR-5367W, THE HONORABLE SID L. HARLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant David Cepeda Jones, acting pro se, filed a notice of appeal seeking to appeal an opinion issued by the Fourth Court of Appeals. He complains about the Fourth Court's dismissal of his petition for writ of mandamus.

This Court's appellate jurisdiction generally is limited to cases appealed from trial courts in our court of appeals district, which does not include Bexar County. Tex. Gov't Code Ann. § 22.201 (West Supp. 2010). We see no basis for jurisdiction over an appeal of matters arising out of actions taken by the Fourth Court of Appeals, and nothing in the documents appellant has filed demonstrates we otherwise have authority to grant any relief he seeks. *See Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996) (listing Government Code § 22.201 among examples of laws that establish jurisdiction of courts of appeals).

To any extent that appellant's pleadings could be read as initiating an original appellate proceeding seeking extraordinary relief, *see* Tex. R. App. P. 52, we note that our mandamus authority also is limited. By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2010). The Fourth Court of Appeals is not a party against whom we may issue a writ of mandamus. Nor has appellant demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction as we have no appellate jurisdiction over the Fourth Court of Appeals.

Finding we lack jurisdiction, we dismiss his attempted appeal.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   July 11, 2012

Do Not Publish